No. 46. THOMAS H. DENT, ADMINISTRATOR, *v.* JAMES S. SWILLEY. Error to the Court of Civil Appeals, Ninth Supreme Judicial District, State of Texas. Argued October 19, 1927. Decided October 24, 1927. *Per Curiam.* The writ of error is dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. Treating the writ of error as an application for certiorari, the certiorari is denied for want of a substantial Federal question on the authority of *Tracy* v. *Ginzberg,* 205 U. S. 170, 178; *Bonner* v. *Gorman,* 213 U. S. 86, 91; *Central Land Co.* v. *Laidley,* 159 U. S. 103, 112. *Mr. Wm. L. Houston,* with whom *Messrs. Winford H. Smith, Charles H. Bates* and *Thomas H. Dent, pro se,* were on the brief, for plaintiff in error. *Mr. Thomas B. Dupree* was on the brief for defendant in error.